IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Simmons, Marsha Y

Printed: 4/29/08

Case Number: 04 B 14070
Judge: Squires, John H
Filed: 4/8/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 20, 2008
Confirmed: June 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,105.55 |  |
| Secured: |  | 9,980.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 650.95 |
| Other Funds: |  | 274.00 |
| Totals: | 13,105.55 | 13,105.55 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,200.00 | 2,200.00 |
| 2. | Balaban Furniture Ltd | Secured | 0.00 | 0.00 |
| 3. | Mid Atlantic Finance Co | Secured | 12,189.12 | 9,980.60 |
| 4. | Mid Atlantic Finance Co | Unsecured | 88.19 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 48.51 | 0.00 |
| 6. | B-Line LLC | Unsecured | 626.90 | 0.00 |
| 7. | Nicor Gas | Unsecured | 65.24 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 54.00 | 0.00 |
| 9. | Municipal Collection Services | Unsecured | 5.00 | 0.00 |
| 10. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 12. | Geico Direct | Unsecured |  | No Claim Filed |
| 13. | America's Financial Choice Inc | Unsecured |  | No Claim Filed |
| 14. | Comcast | Unsecured |  | No Claim Filed |
| 15. | Oak Forest Hospital | Unsecured |  | No Claim Filed |
| 16. | Linebarger Goggan Blair & Simpson | Unsecured |  | No Claim Filed |
| 17. | Salvatore Spinelli | Unsecured |  | No Claim Filed |
| 18. | SBC | Unsecured |  | No Claim Filed |
| 19. | Sun Cash | Unsecured |  | No Claim Filed |
| 20. | St Francis Hospital | Unsecured |  | No Claim Filed |
| 21. | Victor Jefferson | Unsecured |  | No Claim Filed |
| 22. | Provident Hospital | Unsecured |  | No Claim Filed |
| 23. | CB USA | Unsecured |  | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 25. | Nextel Communications | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Simmons, Marsha Y

Printed: 4/29/08

Case Number: 04 B 14070
Judge: Squires, John H
Filed: 4/8/04

| | | | | |
|---|---|---|---|---|
| 26. | Salvatore Spinelli | Unsecured | | No Claim Filed |
| 27. | Prodigy Communications | Unsecured | | No Claim Filed |
| | | | $ 15,276.96 | $ 12,180.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 44.67 |
| 6.5% | 136.31 |
| 3% | 22.64 |
| 5.5% | 143.17 |
| 5% | 41.10 |
| 4.8% | 85.48 |
| 5.4% | 177.58 |
| | $ 650.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

